# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE BELK, | 1:09cv74 GSA |
| Plaintiff, | ORDER RE: DEFENDANT'S MOTION TO DISMISS |
| v. | (Document 10) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

  Plaintiff Maria Guadalupe Belk ("Plaintiff") filed the instant action on January 9, 2009. On July 21, 2009, Defendant filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b). Defendant bases the motion on the belief that the complaint is untimely. Specifically, Defendant alleges that Plaintiff's complaint should have been filed on January 5, 2009, but it was not filed until January 9, 2009. Plaintiff filed an opposition to Defendant's motion on July 27, 2009. Defendant did not file a reply.

  In opposition to the motion to dismiss, Plaintiff argues that the Court should excuse the untimeliness based on excusable neglect. Specifically, Plaintiff's counsel argues that the complaint was prepared and filed well in advance of the filing date, but that it was not filed electronically.

In support of the opposition, Plaintiff's counsel has submitted the declaration of Evelyn Ulloa, an employee at the attorney's office.[1]  Declaration of Evelyn Ulloa dated July 23, 2009, attached as Exhibit A to "Plaintiff's Opposition to Motion to Dismiss."  Doc. 11.  In the declaration, Ms. Ulloa indicates that she attempted to file the Complaint on December 31, 2008, but had erroneously sent it to the United States District Court, Central Division in Los Angeles ("the Los Angeles District Court") rather than the United States District Court, Eastern District of California, Fresno, California ("Fresno District Court").  Id.  Ms. Ulloa indicates that the Los Angeles District Court would not file the Summons and Complaint in and the documents were returned to the attorney's office on January 2, 2009.  However, the law office was closed on January 2, 2009, which delayed the submission of the Summons and Complaint.  Id.

Ms. Ulloa indicates that she did not attempt to file the Summons and Complaint again until January 6, 2009, when she served a Summons and Complaint and a declaration on the Fresno District Court requesting that the filing be accepted nunc pro tunc.  Id.  Ms. Ulloa indicates that on January 7, 2009, she received a phone call from the Fresno District Court indicating that the complaint was being rejected because it was not filed electronically.  Id.  Ms. Ulloa indicates that she was told that the Court would file it but that the attorney may face a sanction for doing so.  Id.  On January 8, 2009, Ms. Ulloa attempted to file the Summons and Complaint electronically but had difficulty doing so and she got very little help from the Fresno's Clerk's office.  Id.  She was finally able to file the Summons and Complaint electronically on January 9, 2009.

The declaration submitted by Plaintiff raises more questions than it answers.  For example, Ms. Ulloa indicates that the server attempted to return the documents that were filed on December 31, 2008, in the Los Angeles District Court, to the attorney's office on January 2, 2009, but the attorney's office was closed.  It is unclear from the declaration when Ms. Ulloa received the documents back from the Central District of California.  It is also unclear why Ms. Ulloa did not attempt to file the documents again until January 6, 2009.  Moreover, although Ms.

---

[1] It is not clear what position Ms. Ulloa holds at the law firm as this information is not contained in the declaration.

Ulloa submitted a declaration, she has not attached any supporting documentation either from the various courts where the documents were filed and rejected, or any evidence from the server that attempts were made to file the documents at the courts as alleged.

     Accordingly, the Court needs more information before it can issue a ruling in this matter. Therefore, within five days of the service of this order, Plaintiff shall provide the Court with another declaration from Ms. Ulloa, as well as supplemental exhibits in support of the assertions contained in the declaration.  Additionally, although Plaintiff references Rule 6 of the Federal Rules of Civil Rule as a basis for her opposition, Plaintiff has not cited to any cases in support of her claims.  Plaintiff shall also file any relevant case authority in support of her opposition within the five day deadline.

     The Court notes that Defendant did not file a reply to the opposition filed on July 27, 2009.  In light of the Court's order herein, Defendant shall file a reply no later than five days after service of Plaintiff's filings.

    IT IS SO ORDERED.

    Dated:   **October 8, 2009**                 **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE